UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:19-cv-23536-ALTONAGA/GOODMAN

AMY HINDSMAN,

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES; and
JOHN DOE CREWMAN,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned counsel and pursuant to the Court's Order Administratively Closing Case [ECF No. 120] and Order granting extension [ECF No. 122], hereby file this Joint Stipulation of Dismissal with Prejudice. The terms and conditions of the settlement in this matter are confidential. Each Party shall bear its own costs and attorneys' fees.

Respectfully submitted February 12, 2021.

| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
|---|---|
| Robert J. Hanreck, P.A.<br>44 West Flagler Street, Suite 1775<br>Miami, FL 33130<br>Tel: (786) 539-4935<br><br>By: **/s/ Robert J. Hanreck**<br>Robert J. Hanreck, Esq.<br>Florida Bar No.:303940<br>E-mails: rhanreck@hanrek.com<br>        service@hanreck.com<br><br>David A. Hodges, Esq.<br>David Hodges Law Office<br>212 Center Street, 5th Floor | MASE MEBANE, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>Tel: (305) 377-3770<br>Fax: (305) 377-0080<br><br>By: **/s/ Lauren A. Levitt**<br>CURTIS J. MASE<br>Florida Bar No. 478083<br>cmase@maselaw.com<br>WILLIAM R. SEITZ<br>Florida Bar No. 73928<br>wseitz@maselaw.com |

Little Rock, Arkansas 72201
Tel: (501) 374-4200
Fax: (501) 374-8924
Emails: david@hodgeslaw.com
        edwina@hodgeslaw.com

LAUREN A. LEVITT
Florida Bar No.: 1011030
llevitt@maselaw.com